```
                                    FILED
                              JUDGMENT ENTERED

                              __August 13, 2007
                                     Date
                              by _____G. Lucas_
                                  Deputy Clerk
                              U.S. District Court
                           Eastern District of California
                              __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

VICTOR SANCHEZ SEPULVEDA,

       Petitioner,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:07-cv-321-OWW
1:02-cr-5408 OWW

UNITED STATES OF AMERICA,

       Respondent
_____/

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that petitioner's motion to vacate, set aside or correct sentence pursuant to 28 USC 2255 is denied.

DATED:  August 13, 2007

                              VICTORIA C. MINOR, Clerk

                              /S/ G. Lucas
                  By:
                              Deputy Clerk

jgm.civ
2/1/95